UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61431-RAR

**LEO FERRETTI**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**NOVA SOUTHEASTERN UNIVERSITY, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulated Dismissal with Prejudice [ECF No. 91], filed on June 22, 2022. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**